# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Benigno Santiago-Becerrill,
    Petitioner,
       v.
United States of America,
    Respondent.

**CASE NUMBER:** 98-2125 (HL)

| MOTION |
|---|

| | | |
|---|---|---|
| Date Filed: 8/13/99 | Docket # | [x] Plffs [] Defts |
| Title: | | |
| Opp'n Filed: | Docket # | |

| ORDER |
|---|

    The Court has received Petitioner's motion under 28 U.S.C. § 2255.

    While the First Circuit has not yet addressed the issue, a number of other Circuit Courts of Appeals have concluded that 28 U.S.C. § 1915's filing fee requirement does not apply to petitions for writs of habeas corpus under 28 U.S.C. §2255. See, e.g., *Blair-Bey v. Quick*, 151 F.3d 1036 (D.C. Cir. 1998); *In re Phillips*, 133 F.3d 770 (10th Cir. 1998); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997); *Anderson v. Singletary*, 111 F.3d 801 (11th Cir. 1997); *United States v. Simmonds*, 111 F.3d 737 (10th Cir. 1997); *United States v. Cole*, 101 F.3d 1076 (5th Cir. 1996); *Santana v. United States*, 98 F.3d 752 (3rd Cir. 1996); *Martin v. United States*, 96 F.3d 853 (7th Cir. 1996); *Liriano v. U.S.*, 95 F.3d 119 (2d Cir. 1996). Thus, Petitioner should not have been required to pay a filing fee. The Clerk of the Court shall refund to Petitioner the $150.00 filing fee that he paid into the Court.

Date 10/17/99

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

| | |
|---|---|
| **Rec'd:** | **EOD:** |
| **By:** | **#** |