# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| BENIGNO SANTIAGO-BECERRILL,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | Civil No. 98-2125 (HL)<br>Crim. No. 94-345 (HL) |

## JUDGMENT

The Court having entered an opinion and order on this same date, judgment is hereby entered dismissing this § 2255 petition.

San Juan, Puerto Rico, March 19, 2001.

HECTOR M. LAFFITTE
Chief U.S. District Judge

AO 72A
(Rev.8/82)