UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Benigno Santiago-Becerrill,
    Petitioner,
    V.                                    CASE NUMBER: 98-2125 (HL)
United States of America,
    Respondent.

## MOTION

Date Filed: 5/15/01    Docket # 7    [x] Plffs  [] Defts
Title: Application for Certificate of Appealability
Opp'n Filed:    Docket #

## ORDER

    Petitioner has filed a request for a certificate of appealability. A district court may issue a certificate of appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2) (West Supp. 2000). The standard of review for a certificate of appealability is the same standard as the one which was used for certificates of probable cause. *Nelson v. Walker*, 121 F.3d 828, 832 n.3 (2nd Cir. 1997); *Lennox v. Evans*, 87 F.3d 431, 433-34 (10th Cir. 1996). Thus, the petitioner need not show that he should prevail on the merits; instead, he must demonstrate that (1) the issues are debatable among reasonable jurists; (2) a court could resolve the issues in a different manner; or (3) there are questions adequate enough to deserve encouragement to proceed further. *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983); *Mahdi v. Marshall*, 976 F.Supp. 93, 94 (D.Mass. 1997). Unfortunately for Petitioner, his request for a certificate of appealability satisfies none of these requirements. Accordingly, Petitioner's request for a certificate of appealability is hereby denied.

5/17/01                                        HECTOR M. LAFFITTE
Date                                        Chief U.S. District Judge


