# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

United States of America

v.

Santiago-Becerill

CASE NUMBER: 98-2125(HL)

| MOTION |
|---|
| **Date Filed:**    **Docket # 10**    [ ] Plffs  [ ] Defts    [ ] Other<br>**Title:** Motion to proceed *in forma pauperis* |
| **ORDER** |

In his letter, petitioner inquires as to why he was charged the filing fee for his appeal if he has been granted *in forma pauperis* status. In fact, petitioner has never been so designated. However, the Court will treat his letter as a motion to proceed *in forma pauperis*. This motion is hereby GRANTED.

As this is an appeal from a denial of a 28 U.S.C. §2255, the provisions of the Prison Litigation Reform Act of 1995 do not apply, and as such a filing fee need not be paid. *U.S. v. Cole*, 101 F.3d 1076, 1077 (5th Cir. 1996). The Clerk of the Court shall refund petitioner the $105.00 filing fee he paid for his appeal.

Date 11/28/01

HECTOR M. LAFFITTE
Chief U.S. District Judge