UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

U.S.A.
v.
Benigno Santiago-Becerrill,

CASE NUMBER: 98-2125(HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**    Docket #12<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion requesting status of case | Defendant Benigno Santiago-Becerrill ("Santiago") requests the status of his appeal of this Court's denial of a certificate of appealability ("CoA"). On August 13, 2002, the First Circuit Court of Appeals also denied Santiago's request for a CoA, and his request for an appointment of counsel. Santiago should have been notified with this decision directly by the First Circuit. |

Date 9/3/02

HECTOR M. LAFFITTE
Chief U.S. District Judge

